UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHERYL ANNETTE WILLIS,<br><br>        Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br><br>        Defendant. | Case No. 2:15-cv-01775-RFB-CWH<br><br>**REPORT AND RECOMMENDATION** |

Presently before the Court is the parties' Joint Stipulation for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (ECF No. 20).  Having reviewed and considered the parties' stipulation, and good cause appearing,

IT IS HEREBY RECOMMENDED that the parties' stipulation be GRANTED and that judgment be entered accordingly.

**NOTICE**

This Report and Recommendation is submitted to the United States District Judge assigned to this case under 28 U.S.C. § 636(b)(1).  A party who objects to this Report and Recommendation may file a written objection supported by points and authorities within fourteen days of being served with this Report and Recommendation.  Local Rule IB 3-2(a).  Failure to file a timely objection may waive the right to appeal the District Court's Order.  *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: February 4, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**