UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| CHERYL ANNETTE WILIS, | | Case No. 2:15-cv-01775-RFB-CWH |
| | Plaintiff, | ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE CARL W. HOFFMAN |
| v. | | |
| CAROLINE W. COLVIN, | | |
| | Defendant. | |

Before the Court for consideration is the Report and Recommendation (ECF No. 21) of the Honorable Carl W. Hoffman, United States Magistrate Judge, entered February 4, 2016. Objections to this Report and Recommendation were due by February 21, 2016. To date, no objections have been filed.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation(s).

1  **IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 21) is **ACCEPTED and ADOPTED in full**.

**IT IS FURTHER ORDERED** that Joint Motion to Remand to Social Security Administration [ECF No. 20] is **GRANTED** and that judgment be entered accordingly;

**IT IS FURTHER ORDERED** that Plaintiff Cheryl Annette Willis' Motion to Remand to Social Security Administration [ECF No. 18] is **DENIED as moot**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve this Order on the persons and respective addresses noted in the Report and Recommendation. The Clerk shall enter judgment accordingly and close the case.

DATED this 18th day of March, 2016.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE